## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LINCOLN NATIONAL LIFE INS. CO., <br><br> *Defendant*. | CIVIL ACTION <br> NO. 17-02592 |

## **ORDER**

**AND NOW**, this 22nd day of September, 2017, upon consideration of Defendant's motion to dismiss, (ECF No. 18), Plaintiffs' response, (ECF No. 20), and Defendants' reply, (ECF No. 23), it is hereby **ORDERED** that:

1. Defendant's motion to dismiss is **GRANTED** as to count four.
2. Defendant's motion to dismiss is **DENIED** as to counts one, two, and three.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.