# PLAINTIFFS' EXHIBIT A

**WillisTowers Watson I·I'I'I·I**

June 17, 2016

Mr. Michael A. Berlin
Greenberg Traurig, LLP
54 State Street
6th Floor
Albany, NY 12207

Dear Mr. Berlin:

**Re: Lincoln National Life Insurance Company Actuarial Support for Potential NGE Changes**

Dear Michael A. Berlin:

This letter documents our agreement that Towers Watson Delaware Inc. ("Willis Towers Watson", "we," "our" or "us") will perform consulting services for Greenberg Traurig, LLP ("Law Firm", "you" or "your") to assist and facilitate Law Firm's provision of legal advice to its client Lincoln National Life Insurance Company ("Client"), in connection with Law Firm's legal representation of Client in the matter identified in the caption above.

## Scope

Willis Towers Watson will be responsible for providing its services in connection with the above-referenced matter as specifically requested orally or in writing by Law Firm. Willis Towers Watson will provide the consulting services described in Attachment 1 to this letter.

Law Firm presently anticipates that Willis Towers Watson's activities may encompass reviewing documents and testimony that Law Firm deems relevant; performing analysis; and, if requested, rendering an opinion in connection with this action, including possible deposition and/or trial testimony. Willis Towers Watson shall undertake no such work under this agreement unless specifically requested to do so by Law Firm.

You have informed us, and we understand, that an attorney/client relationship exists between Law Firm and Client and that your and Client's specific intent is that our Services, and any communications and work product arising therefrom, be protected by the attorney/client privilege, the work-product doctrine and any applicable self-evaluative privilege to the maximum extent provided under federal law and applicable state law.

We will take all necessary measures that you reasonably prescribe to ensure that our communications with Law Firm, Client or other legal counsel or experts for Client remain privileged and are not disclosed to third parties. In addition, we understand all correspondence, reports and other written material that we prepare in

Elinor Friedman, FSA, MAAA
Managing Director

101 South Hanley, Suite 900
St. Louis, MO 63105-3437

T  +1 314 719 5900
D  +1 314 719 5867
F  +1 314 719 5853
E  elinor.friedman@willistowerswatson.com
W  willistowerswatson.com

**WillisTowers Watson I.I'I'I.I**

Mr. Michael A. Berlin
June 17, 2016

connection with this engagement should be sent or released only to you or other legal counsel for Client as you may direct.

Unless otherwise directed by Law Firm, all documents and other communications generated by us in connection with this engagement shall be clearly marked "Privileged Attorney/Client Communication" or as otherwise determined by Law Firm. In the event that you determine that our role will change to that of a testifying expert, Law Firm and Client understand that we will rely upon Law Firm's direction and instructions in connection with any attorney/client and/or work product privilege issues as set out more fully in the Terms and Conditions.

At present trial testimony is not anticipated. Until agreed otherwise, the Services are provided to Law Firm as a non-testifying expert, as that term is used in Federal Rule of Civil Procedure 26(b)(4)(B) or equivalent rule, and Willis Towers Watson is being retained only as a specially-employed expert to provide confidential and privileged technical advice to assist the Law Firm in providing appropriate legal advice to the Client.

In the event that Law Firm determines that our role will change to that of a testifying expert, Law Firm and Client recognize that our policy requires the presence of a second consultant in a peer review capacity in the event that any expert testimony is given by one of our consultants, and Client will compensate the second consultant as part of the Services rendered under this Agreement. Testimony includes both deposition and trial appearances.

The parties understand that Willis Towers Watson has provided services to the Client, and that past and future consulting services performed by Willis Towers Watson in the ordinary course of business for the Client (rather than the Law Firm) unrelated to the Services have no bearing on the engagement described herein, and that those services are outside the scope of this engagement.

## Terms and Conditions

The services described in Attachment 1 and any other services that Willis Towers Watson provides to the Law Firm and the Client will be provided subject to the Terms & Conditions attached to a letter dated December 16, 2015.

If this letter, including the Terms and Conditions, accurately describes our engagement, please have an authorized representative of Greenberg Traurig, LLP and Lincoln National Life Insurance Company sign two copies of this letter as well as the attached Terms and Conditions and send them to me to have executed on behalf of Willis Towers Watson.

* * * * *

Plaintiffs' Exhibit A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        LN_Consolidated_00138876

**WillisTowers Watson I.I'I'I.I**

Mr. Michael A. Berlin
June 17, 2016

Willis Towers Watson appreciates the opportunity to be of service to Greenberg Traurig, LLP and Lincoln National Life Insurance Company, and we look forward to work with you on this engagement.

Very truly yours,

Signed by and on behalf of:

**TOWERS WATSON DELAWARE INC.**

By: *Elinor Friedman* (signature)

Print Name: _____Elinor Friedman_____

Print Title: _____Managing Director_____

Date: _____June 17, 2016_____

**ACCEPTED AND AGREED:**

**GREENBERG TRAURIG, LLP**

By:_____

Print Name_____

Title:_____

Date:_____

and

**LINCOLN NATIONAL LIFE INSURANCE COMPANY**

By:_____

Print Name_____

Title:_____

Date:_____

Attachment:    Attachment 1 (Scope of Services)

Plaintiffs' Exhibit A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                          LN_Consolidated_00138877

**WillisTowers Watson I.I'I'I.I**

Attachment 1

## Scope of Services

The Client is seeking assistance with a systematic review and assessment of their in-force life insurance business by plan or product, for purpose of determining any potential adjustments to non-guaranteed elements. The Law Firm and the Client developed an initial list of the products for review, which is focused on the Client's pre-merger Legacy JP Business:

- ▇
- ▇
- ▇
- ▇
- ▇
- ▇

Willis Towers Watson assistance will involve developing updated anticipated mortality assumptions by plan or product.



Plaintiffs' Exhibit A

Page 4 of 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

LN_Consolidated_00138878

**WillisTowers Watson I.I'I'I.I**

Attachment

### Staffing and Fees

Elinor Friedman, a Managing Director in our Miami, will serve as the leader of this project and will have responsibility for its overall success. Kim Steiner, a Senior Consultant in our Hartford office will serve as the project manager and will be responsible for the day-to-day contact for all aspects of the project. John Fenton, a Director, will serve as a senior advisor on the mortality assumption development. Other Willis Towers Watson personnel may assist with the project as needed.

We will charge on an hourly rate basis for the above services. Our charges will consist of the following components:

- Hourly time charges for personnel performing Services at our hourly rates in effect at the time of performance;

- Data processing and intellectual capital charges, as applicable;

- Indirect expenses fee, equal to [redacted] of our hourly time charges and any data processing and intellectual capital charges, to offset non-itemized expenses related to our performance of the Services, such as routine black and white copying/printing, courier, telephone and facsimile services;

- Reimbursement, at cost, of direct expenses reasonably incurred by us in connection with the performance of our Services, such as travel expenses and other vendor expenses and itemized extraordinary expenses, such as large-volume color printing, large-volume courier shipments and the like; and

- The amount of any tax or similar assessments levied or based upon our charges for the provision of the Services, other than assessments based on our net income.

Plaintiffs' Exhibit A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     LN_Consolidated_00138879

**WillisTowers Watson I.I'I'I.I**

Attachment

The current standard hourly billing rates of the Willis Towers Watson consultants expected to play a key role in this assignment are listed below.



| Hourly Billing Rates by Role | |
|---|---|
| | Bill Rate / Hour (USD) |
| Elinor Friedman | ■ |
| Kim Steiner | ■ |
| John Fenton | ■ |
| Managing Director | ■ |
| Director | ■ |
| Senior Consultant | ■ |
| Consultant | ■ |
| Actuarial Analyst | ■ |

■■■

We estimate that the assumption development and review for the first set of products or plan will be completed by mid-July, but that an initial view on mortality will be provided by June 24, 2016. The timeline is heavily dependent on the quality and completeness of data and information provided to us, as well as the timeliness of responses to questions and requests arising during the course of our work.

Throughout the course of the assignment we will keep you regularly apprised of our progress with regard to deadlines and incurred fees and will promptly alert you to any issues in this regard.

Plaintiffs' Exhibit A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY