IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH, *et al.*,<br>　　　　　*Plaintiffs,*<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>　　　　　*Defendant.* | CIVIL ACTION<br><br>NO. 17-2592 |

## ORDER

**AND NOW**, this 25th day of March 2022, upon consideration of the Special Master's Opinion and Order (ECF 159), Defendant's Objections and Reply (ECFs 160 and 170) and Plaintiffs' Response (ECF 166), it is hereby **ORDERED** that Defendant's Objections are **SUSTAINED**. Plaintiffs shall **PRODUCE** unredacted copies of the anti-fraud memoranda identified in Defense Exhibit 3 (ECF 161-6 at 13) on or before April 8, 2022.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.