IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>LINCOLN NAT'L LIFE INS. CO.,<br><br>*Defendant.* | CIVIL ACTION<br><br>NO. 17-02592 |

## **ORDER**

**AND NOW**, this 31st day of January 2023, upon consideration of Defendant's January 26 letter to the Court, Opt-Out Plaintiffs' January 27 response, and Defendant's January 27 reply, it is hereby **ORDERED** that the current scheduling order is temporarily stayed until the Court rules on the Preliminary Approval Motions in the related Class Actions (Nos. 16-06605 and 17-04150).

The Court will address the Preliminary Approval Motions as promptly as possible, at which time an updated scheduling order will be issued in accordance with Defendant's proposed schedule in Exhibit A of its January 27 letter.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.